# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

*MEMO ENDORSED*

ROBERT REINERI,

        Petitioner,

        v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

        Respondent.

Civ. A. No.21-cv-8654

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-8-21

## PETITIONER'S MOTION TO FILE DOCUMENTS UNDER SEAL

Petitioner Robert Reineri hereby moves, in conjunction with his Petition to

Confirm Arbitration Award and Motion to Confirm, to file the Final Award (Exhibit 1 to the

Petition (Dkt. 1) and Motion to Confirm (Dkt. 4)).

As explained in the Motion to Confirm, Petitioner is seeking to file the award

initially under seal, since IBM's arbitration agreement contains a confidentiality

provision. However, in his Motion to Confirm, Petitioner requests that the award be

unsealed and made public.

Until IBM is able to respond to Petitioner's Petition and Motion to Confirm and the

Court is prepared to address the issue, Petitioner requests that he be permitted to file

the Final Award initially under seal.

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/8/21

*The motion is granted to the extent that Exhibit 1 to the petition and the motion to confirm (Dkt 4) are sealed until Dec. 6 2021. IBM shall file any application to extend the sealing no later than 11/30/21*