```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBERT REINERI,

                Petitioner,

      -against-                                          21-cv-8654 (LAK)

INTERNATIONAL BUSINESS MACHINES CORP.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This action is dismissed for lack of subject matter jurisdiction for reasons stated in the order dated June 28, 2022 and the report and recommendation dated July 19, 2022 of Magistrate Judge Barbara Moses to which no objection has been filed.

        SO ORDERED.

Dated:      August 8, 2022

                                                    /s/     Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                    United States District Judge