**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT REINERI,

                    Petitioner,

  -against-                                  21 **CIVIL** 8654 (LAK)

                                                     **JUDGMENT**

INTERNATIONAL BUSINESS MACHINES CORP.,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 8, 2022, this action is dismissed for lack of subject matter jurisdiction for reasons stated in the order dated June 28, 2022 and the report and recommendation dated July 19, 2022 of Magistrate Judge Barbara Moses to which no objection has been filed.

**Dated:**  New York, New York

       August 10, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                                 **BY:**     *K. Mango*

                                                        **Deputy Clerk**